UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODREAKA MULKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSAA INSURANCE EXCHANGE,<br><br>　　　　　Defendant. | Case No. 20-cv-08120-RS<br><br>**JUDGMENT** |

Pursuant to the order granting defendant's motion to dismiss and plaintiff's submission of a proposed judgment indicating her election not to file an amended complaint, judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED**.

Dated: March 26, 2021

_____
RICHARD SEEBORG
Chief United States District Judge